## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT TOLEDO

| | |
|---|---|
| **ARLAND KELLEY,** derivatively on Behalf of HCP, INC. ) ) ) | CASE NO: 3:17-cv-02493-JJH |
| ) | JUDGE : JEFFREY HELMICK |
| Plaintiff, ) | |
| v.   ) ) | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** |
| **HCR ManorCare, Inc., et al.** ) | |
| Defendant.   ) ) | |

    Michael A. Smith, Jr. of the Dann Law Firm, an attorney duly admitted to practice law before this Court, hereby enters his appearance on behalf of Plaintiff, Arland Kelley, in the above-captioned action and hereby requests service of all notices and papers in this action upon Plaintiff be sent to him at the address set forth below.

    Respectfully submitted,

/s/ *Michael A. Smith, Jr.*
Michael A. Smith, Jr. 0097147
Marc E. Dann 0039425
Brian D. Flick 0081605
DANNLAW
P.O. Box. 6031040
Cleveland, Ohio 44103
notices@dannlaw.com

*Attorneys for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2018, a copy of the foregoing Notice of Appearance was served upon counsel of record in this case via the U.S. District Court CM/ECF System.

/s/ Michael A. Smith, Jr..
Michael A. Smith, Jr., Esq.
Marc E. Dann, Esq.
Brian D. Flick, Esq.

*Counsel for Plaintiff and the Class*
