William B. Federman
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com

Attorneys for Plaintiff
ARLAND KELLEY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ARLAND KELLEY, Derivatively on Behalf of HCP, INC., <br><br> Plaintiff, <br><br> v. <br><br> HCR MANORCARE, INC., LAURALEE E. MARTIN, THOMAS M. HERZOG, TIMOTHY M. SCHOEN, MICHAEL D. MCKEE, BRIAN G. CARTWRIGHT, CHRISTINE N. GARVEY, DAVID B. HENRY, JAMES P. HOFFMANN, PETER L. RHEIN, JOSEPH P. SULLIVAN, <br><br> Defendants, <br><br> - and - <br><br> HCP, INC., <br><br> Nominal Defendant. | Case No.: 3:17-CV-02493-JJH <br><br> **PLAINTIFF'S MOTION TO WITHDRAW GREEN & NOBLIN, P.C., AS COUNSEL** |

PLEASE TAKE NOTICE that counsel hereby requests leave of the Court for Robert S. Green and James Robert Noblin of Green & Noblin, P.C., to withdrawal as counsel of record for Plaintiff ARLAND KELLEY. Plaintiff ARLAND KELLEY is to be represented by William Federman of Federman & Sherwood. Plaintiff ARLAND KELLEY and all parties who have appeared in this case have been provided with reasonable notice of Mr. Green and Mr. Noblin's intention to withdraw, and there are no objections.

DATED: January 12, 2018 **FEDERMAN & SHERWOOD**

By: */s/ William B. Federman*
William B. Federman

10205 North Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112
Email: wbf@federmanlaw.com
-and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201

*Counsel for Plaintiff*